BASS & ASSOCIATES, INC.

The process of converting net income into a value can be accomplished by several methods. One is called capitalization, which involves dividing the net income by a capitalization rate. Factors such as risk, time, interest on the capital investment, and recapture on the depreciating asset are considered in the rate. The appropriateness of this rate is critical, and a number of techniques exist for its development.

A second method is to discount the net income received each month or year over an estimated holding period into a present value. Current and future rents are predicted along with property vacancies and expenses. The resulting net annual income is discounted at a market rate to arrive at a net present value. This technique is known as the Discounted Cash Flow (DCF) method.

### RECONCILIATION

The last step in the appraisal process is the reconciliation or correlation of the data and analysis to reach a final opinion of value. The appraiser considers the relative applicability of each of the applied approaches, examines the range between the value indications, and places major emphasis on the approach that appears to produce the most reliable solution to the specific appraisal problem. The purpose of the appraisal, the type of property, and the adequacy and reliability of the data are all considered.

### APPLICABLE APPROACHES TO VALUE - AS IF COMPLETED CONDITION

The Sales Comparison Approach with respect to both vacant land and improved properties have been applied to the subject. The Income Approach is also applicable to the valuation of the subject. The Cost Approach has also been applied, as the subject is new construction in an active market.

### APPROACHES TO VALUE OMITTED

All approaches have been applied.

BASS & ASSOCIATES, INC.

## SALES COMPARISON APPROACH
## SITE VALUATION

The Sales Comparison Approach is based upon the principle of substitution, which implies that a typical investor will not pay more to buy or rent a property than it would cost to buy or rent a comparable substitute property as of the valuation date.

An assumption made in this approach is that there exists a market for the property type being appraised, and that data on recent sale prices of similar, competitive properties in the same market are "arms' length" transactions which indicate a most probable sale price for the subject as a vacant property, as of the valuation date. Although individual sales sometimes deviate from typical market norms, a sufficient number will tend to reflect the pattern of prices in a particular market.

There are five basic steps in the application of the Sales Comparison Approach:

1. *Research the market to obtain information on sales transactions, listings, and offers to purchase or sell properties that are similar to the subject property in terms of characteristics such as property type, date of sale, size, location, and zoning.*
2. *Verify the information by confirming that the data obtained are factually accurate and that the sales reflect arms' length market considerations. Verification may also elicit additional information about the market.*
3. *Select relevant units of comparison (e.g., income multipliers or dollars per acre or per square foot) and develop a comparative analysis for each unit.*
4. *Compare comparable sale properties with the subject property using the elements of comparison and adjust the sale price for each comparable appropriately to the subject property or eliminate the sale property as a comparable.*
5. *Reconcile the various value indications produced from the analysis of comparables into a single value indication or a range of value. In an imprecise market subject to varying occupancies and economies, a range of values may be a better conclusion than a single value estimate.*[10]

The Sales Comparison Approach has been utilized to estimate the value of the subject site as if vacant. The method utilized in this analysis is the price per square foot of usable area. We have developed one set of property sales data. The comparable sales utilized in this approach are presented next in this report.

In the course of market investigation, all property sales in the market area consummated during the year preceding and following the date of value, October 31, 2008. These sales were investigated and analyzed from the perspective of their utility as reliable value indicators for the subject. Few satisfied the criteria for true comparability. Those sales that best approximated the subject in physical condition, market appeal and overall utility were selected for use in the comparative analysis. These sales are briefly described as follows:

---

[10]The Appraisal of Real Estate, Appraisal Institute, Thirteenth Edition, 2008

BASS & ASSOCIATES, INC.

## COMPARABLE NUMBER 1

| | |
|---|---|
| **PROPERTY TYPE:** | Commercial Site |
| **IDENTIFICATION:** | 0217-11-0014 |
| **LOCATION:** | 7600 Claxstrauss Drive, Sarasota, Sarasota County. |
| **GRANTOR:** | Claxstrauss, LLC |
| **GRANTEE:** | Fruitville Neighborhood Express, LLC |
| **DATE OF SALE:** | June 9, 2009 |
| **RECORDED ORB:** | Inst. #2009 / 070249 |
| **SALES PRICE:** | $1,153,800 |
| **FINANCING:** | Conventional |
| **CASH EQUIVALENCY:** | Same as cash |
| **SITE SIZE:** | 113,996 SF |
| **ZONING:** | ILW; Industrial and Light Warehousing |
| **PRICE/SF:** | $10.12/SF |
| **SOURCE:** | Public Records of Sarasota County and Steve Wilson, rep for buyer (941) 755-1166. |
| **REMARKS:** | This site is located within a commercial subdivision, but does not include access to off-site stormwater.  All of the site is usable. |
| | The buyer is a self-storage developer who plans a new facility for this site. |
| | Although industrially zoned, this site has high visibility and is suitable for many commercial uses.  The property is located about one mile east of an interstate interchange. |

BASS & ASSOCIATES, INC.

## COMPARABLE NUMBER 1





BASS & ASSOCIATES, INC.

## COMPARABLE NUMBER 2

| | |
|---|---|
| **PROPERTY TYPE:** | Commercial Site |
| **IDENTIFICATION:** | 0961-14-0450 |
| **LOCATION:** | SW corner of Toledo Blade Blvd. and Technology Avenue, North Port, Sarasota County. |
| **GRANTOR:** | Stacie Leigh, LLC |
| **GRANTEE:** | SKS Investment Properties, LLC |
| **DATE OF SALE:** | February 18, 2009 |
| **RECORDED ORB:** | Inst. #2009/019877 |
| **SALE PRICE:** | $500,000 |
| **FINANCING:** | Conventional |
| **CASH EQUIVALENCY:** | Same as cash |
| **SITE SIZE:** | 59,460 SF * |
| **ZONING:** | PCD; Planned Commercial Development |
| **PRICE/SF:** | $8.41/SF * |
| **SOURCE:** | Public Records of Sarasota County and Bob Sifirt, rep for seller (941) 628-4761. |
| **REMARKS:** | This is a commercial site located along an arterial roadway. It is adjacent to other commercial properties but is not an outparcel. This property benefits from an off-site stormwater easement. |

The front 62 feet of this property are encumbered with a cross-access, utility, drainage and landscape easement, making this area effectively unusable by the developer. The effective area of this property is 45,511 SF, indicating an effective price of $10.99/SF.

The seller had planned a multi-tenant retail center, but the project was not begun. The buyer has submitted no plan for the property.

BASS & ASSOCIATES, INC.

## COMPARABLE NUMBER 2





BASS & ASSOCIATES, INC.

## COMPARABLE NUMBER 3

| | |
|---|---|
| **PROPERTY TYPE:** | Commercial Site |
| **IDENTIFICATION:** | 40-21-01-383014 |
| **LOCATION:** | 824 Tamiami Trail, North Port, Charlotte County |
| **GRANTOR:** | Nadine Glockson |
| **GRANTEE:** | Daniel Cugini |
| **DATE OF SALE:** | April 8, 2008 |
| **RECORDED ORB:** | BK 3279 PG 2081 |
| **SALES PRICE:** | $300,000 |
| **FINANCING:** | Conventional |
| **CASH EQUIVALENCY:** | Same as cash |
| **SITE SIZE:** | 15,000 SF |
| **ZONING:** | CG; Commercial General |
| **PRICE/ SF:** | $20.00/SF |
| **SOURCE:** | Public Records of Charlotte County and Fred Kijak, rep for seller (941) 613-2300. |
| **REMARKS:** | Site has good visibility and direct access to US Hwy. 41.  An existing billboard produces an income of approximately $1,645 per month. The site was purchased vacant and then the billboard constructed in 2009. |

BASS & ASSOCIATES, INC.

## COMPARABLE NUMBER 3





BASS & ASSOCIATES, INC.

## COMPARABLE NUMBER 4

| | |
|---|---|
| **PROPERTY TYPE:** | Commercial Lot |
| **IDENTIFICATION:** | 006478-500100-5 |
| **LOCATION:** | 6409 Pennell Street, Englewood, Charlotte County. |
| **GRANTOR:** | Jeffery Browne |
| **GRANTEE:** | Abraham and Susan Binoy, Tr. |
| **DATE OF SALE:** | March 3, 2008 |
| **RECORDED ORB:** | BK 3264 PG 1121 |
| **SALE PRICE:** | $125,000 |
| **FINANCING:** | Conventional |
| **CASH EQUIVALENCY:** | Same as cash |
| **SITE SIZE:** | 11,896 SF |
| **ZONING:** | CG; Commercial General |
| **PRICE/SF:** | $10.51/SF |
| **SOURCE:** | Public Records of Charlotte County and Jeffrey Browne, seller (941) 916-0076. |
| **REMARKS:** | This site was sold with a preliminary building plan, which the buyer has since vested. No construction has begun as of January, 2009. |
| | In the sellers opinion, the corner location of the site resulted in a 25% higher price than a frontage site. |

BASS & ASSOCIATES, INC.

## COMPARABLE NUMBER 4





BASS & ASSOCIATES, INC.



## LAND SALES LOCATION MAP

**LAND SALES COMPARABLES**
**COMMERCIAL SITES**
**FILE # 10-280**

| | SUBJECT | COMP 1 | COMP 2 | COMP 3 | COMP 4 |
|---|---|---|---|---|---|
| OR Book/Page | | 2009 \ 070249 | 2009 \ 019877 | BK 3279 PG 2081 | BK 3264 PG 1121 |
| | | | | | |
| Date of Sale | | 09-Jun-09 | 18-Feb-09 | 08-Apr-08 | 03-Mar-08 |
| Location | Placida | Sarasota | North Port | North Port | Englewood |
| | | | | | |
| Use | Office | Industrial | Office | Commercial | Commercial |
| Zoning | CG | ILW | PCD | CG | CG |
| Effective Size - SF | 67,383 | 113,996 | 45,511 | 15,000 | 11,896 |
| | | | | | |
| Effective Sale Price | | $1,153,800 | $500,000 | $300,000 | $125,000 |
| Effective Price / SF | | $10.12 | $10.99 | $20.00 | $10.51 |
| | | | | | |
| **TERMS & CONDITIONS ADJUSTMENTS** | | | | | |
| Property Rights | | $0 | $0 | $0 | $0 |
| Financing | | $0 | $0 | $0 | $0 |
| Conditions of Sale | | $0 | $0 | $0 | $0 |
| Market Conditions | | 0.00% | 0.00% | 0.00% | 0.00% |
| Adjusted Price | | $1,153,800 | $500,000 | $300,000 | $125,000 |
| Adjusted Price Per SF | | $10.12 | $10.99 | $20.00 | $10.51 |
| | | | | | |
| **FEATURE ADJUSTMENTS** | | | | | |
| Location | | 0.00% | 0.00% | -25.00% | 0.00% |
| Size | | 0.00% | 0.00% | 0.00% | 0.00% |
| Development Potential | | -15.00% | -15.00% | 0.00% | 0.00% |
| Zoning | | 0.00% | 0.00% | 0.00% | 0.00% |
| | | | | | |
| **Final Adjusted Price Per SF** | | $8.60 | $9.34 | $15.00 | $10.51 |

BASS & ASSOCIATES, INC.

## ADJUSTMENTS

Adjustments are made to modify the comparables for dissimilarities with the subject. Aspects for adjustment typically include terms and conditions of the sale, including property rights, financing, conditions of sale, market conditions, and adjustments for property features, including, size, location, zoning and condition.

### Property Rights, Financing and Condition of Sale
The subject is assumed to be a fee simple transfer of title, with typical financing, and an arm's length sale. The sales comparables all transferred under these conditions. Therefore, no adjustments of the comparables are deemed necessary for property rights conveyed, financing, or condition of sale.

### Market Conditions
The subject is valued as of the date of value, October 31, 2008. The comparable properties all sold within six months of the date of value. During that time, the market for properties like the subject has been essentially stable. We have made no adjustments for changes in market conditions.

### Site Size
The subject contains a total area of 67,383 SF. The comparable sales vary in effective size between 11,896 SF and 113,996 SF. Typically, larger properties trade for lower unit values. There is insufficient market date to derive a specific adjustment.

### Location
The subject is located along a secondary roadway, but near a signalized intersection and with direct access to the adjacent roadway. The comparables are mostly located on similar secondary sites with good access. Comparables 3 and 4 are both located along the higher visibility HS Hwy. 41. Comparable 3 has direct access to the highway and a generally superior development position. This sale has been adjusted downward for this feature. Also, its smaller size must be considered. While we lack specific support for a dollar or percentage adjustment, we consider a minimum adjustment is warranted of 25%. Comparable 4, though with highway frontage, has only indirect access. These features generally balance and this sale has not been adjusted for location.

### Zoning
The subject is located in the CG; Commercial General zoning district of unincorporated Charlotte County. It is appropriately zoned for its intended use, a multi-tenant office center. Comparable 3 is zoned for industrial use, which includes office uses. The other comparables are all similarly zoned. We have made no adjustments for differences in zoning.

### Development Potential
The subject is a free-standing site and neither benefits from nor is encumbered by easements for stormwater retention, parking or similar features. Comparables 3 and 4 are similar in this regard. Comparables 1 and 2 are both within planned development parks and benefit from stormwater retention easements. This increases their development efficiency and value. Both of these sales have been adjusted downward 15% for this difference as this is the typical amount of land area encumbered by drainage.

## VACANT PROPERTY VALUE INDICATION

The range of comparable sale prices after consideration of adjustment(s) is between $8.60 and $15.00 per effective square foot. The appraiser's task is to apply judgment and experience to estimate a value which reflects the subject's market value as of the date of value.

The subject site is a commercial site planned for office use. It is located along a secondary commercial roadway in a small market area. Comparable 1 is located on a secondary site in the larger Sarasota market, a large distance from the subject. This sale has limited applicability to the subject. Comparables 2, 3 and 4 are all located on sites of similar quality and size as the subject, with similar appeal to the market. These sales range in adjusted price between $9.24/SF and $15.00/SF. All of the sales are good comparisons for the subject. We estimate the value of the subject to be near the middle of the range of the best comparables, $12.00 per square foot.

The subject building contains a total of 67,383 square feet of usable areas. All of the comparables have been considered on the same effective area basis. Multiplying the estimated rate of $12.00 per square foot results in a value indication of $808,596 rounded to $810,000. The estimated value of this part of the subject via the Sales Comparison Approach for vacant properties, therefore, is:

### EIGHT HUNDRED TEN THOUSAND DOLLARS
### $810,000

BASS & ASSOCIATES, INC.

# COST APPROACH
## AS IF COMPLETED

The Cost Approach reflects market thinking because market participants often relate value to cost.  The basis for the Cost Approach is the principle of substitution, which holds that no prudent buyer would pay more for a property than the cost to acquire a similar site and construct improvements of similar cost and utility.  Under the Cost Approach to value, the appraiser calculates an estimate of the replacement or reproduction cost new of the subject improvements, and an estimate of the depreciation applicable to those improvements.  This depreciated cost is then added to the estimated value of the subject site to produce a value estimate for the entire property.

A reproduction or replacement cost estimate includes both the construction (hard) costs and the indirect (soft) costs that are incurred in the development of a site.  Soft costs typically include architectural and engineering fees, legal, appraisal and construction financing fees and other indirect costs of development.

Consideration is also given for any entrepreneurial incentive associated with the development and any deductions for applicable depreciation.  Site value is considered a non insurable item and is not included in this analysis.

The subject is improved with three office buildings containing a total area of 17,600 SF, plus associated parking and site improvements.  It is divided among a grand total of 14 units and assumed to be in a "vanilla shell" interior condition throughout.  For this analysis, we have assumed that the improvements are complete and to have a uniformly good condition and no significant obsolescence.  This is consistent with the market value estimate preceding.

**Entrepreneurial Incentive**
Entrepreneurial incentive is a market-derived figure which represents the amount a project developer expects to receive as profit in the development of a property.  The incentive would provide compensation for acquiring the site, coordinating the efforts of the architect, engineer, builder and other professionals, overseeing the project during construction and managing the project to the point of occupancy.  Entrepreneurial incentive is what motivates an entrepreneur.

The subject is a multi-tenant office building.  We estimate that for this type of property an entrepreneurial incentive of 20 percent would be needed to provide sufficient motivation for the development of the property.

**Depreciation**
Depreciation is a loss of improvement value from any cause, and includes both physical deterioration and any obsolescence to the improvements.  Our value estimate is based on replacement cost new, plus entrepreneurial incentive.  Depreciation is not applicable and has not been estimated.

# REPLACEMENT COST CHART - 2881 PLACIDA ROAD

Source:  Marshall Valuation Service        Date of Value: October 31, 2008
         Marshall & Swift, 16th Floor
         Los Angeles, CA

| | | | | |
|---|---|---|---|---|
| **BASE COSTS (Class C, Average Quality)** | | | | |
| Base Cost per SF | | | $92.48 | |
| Add for Sprinklers | | | $2.95 | |
| Add for Steel Roofing | | | $4.00 | |
| Refined Base Cost | | | $99.43 | |
| Multiplier Refinements | | | | |
| Multi-Story | | | 1.00 | |
| Perimeter | | | 1.03 | |
| Height | | | 1.00 | |
| Current | | | 1.07 | |
| Local | | | 0.98 | |
| Final Cost per SF | | | $107.39 | |
| Building Area | | | 17,600 SF | |
| Total - Building Area RCN | | | $1,890,067 | |
| | | | | |
| Plus: Associated Improvements | | | | |
| Entries and Overhangs | 1,600 | $30.83 | $49,328 | |
| Other | | | $0 | |
| Total: Associated Improvements | | | $49,328 | |
| | | | | |
| TOTAL - Building RCN | | | $1,939,395 | |
| | | | | |
| Plus: Site Improvements and Indirect Costs | | | | |
| Replacement Cost New | | | | |
| Surface Parking | 80 | $1,229.00 | $98,320 | |
| Signage | 1 | $3,000.00 | $3,000 | |
| Concrete Sidewalk | 200 | $4.00 | $800 | |
| Lighting | 8 | $150.00 | $1,200 | |
| Landscape | 15,000 | $4.70 | $70,500 | |
| Impact and Connection Fees - Budgeted | 1 | $157,014.00 | $157,014 | |
| TOTAL - Site Improvements and Indirect Costs | | | $330,834 | |
| | | | | |
| TOTAL - New Building and Site Improvements RCN | | | $2,270,229 | |
| | | | | |
| LESS DEPRECIATION | | | | |
| Physical - Wear and Tear | 0.00% | | $0 | |
| Functional - Design & Utility | 0.00% | | $0 | |
| External and Locational | 0.00% | | $0 | |
| | | | | |
| DEPRECIATED REPLACEMENT COST OF NEW IMPROVEMENTS | | | $2,270,229 | $2,270,229 |
| | | | | |
| Plus: Entrepreneurial Profit of | 20.00% | | $454,046 | $454,046 |
| TOTAL VALUE IN PLACE OF ALL IMPROVEMENTS | | | $2,724,275 | |
| | | | | |
| LAND VALUE, PER SALES COMPARISON APPROACH | | | $810,000 | $810,000 |
| | | | | |
| TOTAL VALUE IN PLACE | | | $3,534,275 | |
| | | Rounded To | $3,530,000 | $3,530,000 |

NOTE: Values reflect rounding of calculations

BASS & ASSOCIATES, INC.

## SALES COMPARISON APPROACH
## IMPROVED PROPERTY VALUATION

The Sales Comparison Approach is based upon the principle of substitution, which implies that a typical investor will not pay more to buy or rent a property than it would cost to buy or rent a comparable substitute property as of the valuation date.

An assumption made in this approach is that there exists a market for the property type being appraised, and that data on recent sale prices of similar, competitive properties in the same market are "arms' length" transactions which indicate a most probable sale price for the subject, as of the valuation date. Although individual sales sometimes deviate from typical market norms, a sufficient number will tend to reflect the pattern of prices in a particular market.

There are five basic steps in the application of the Sales Comparison Approach:

1.   *Research the market to obtain information on sales transactions, listings, and offers to purchase or sell properties that are similar to the subject property in terms of characteristics such as property type, date of sale, size, location, and zoning.*
2.   *Verify the information by confirming that the data obtained are factually accurate and that the sales reflect arms' length market considerations. Verification may also elicit additional information about the market.*
3.   *Select relevant units of comparison (e.g., income multipliers or dollars per acre or per square foot) and develop a comparative analysis for each unit.*
4.   *Compare comparable sale properties with the subject property using the elements of comparison and adjust the sale price for each comparable appropriately to the subject property or eliminate the sale property as a comparable.*
5.   *Reconcile the various value indications produced from the analysis of comparables into a single value indication or a range of value. In an imprecise market subject to varying occupancies and economies, a range of values may be a better conclusion than a single value estimate.*[11]

The Sales Comparison Approach has been utilized to estimate the value of the subject as an improved property. The method utilized in this analysis is the price per square foot of usable building area. We have developed one set of property sales data. The comparable sales utilized in this approach are presented next in this report.

In the course of market investigation, all property sales in the market area consummated during the preceding three years were investigated and analyzed from the perspective of their utility as reliable value indicators for the subject. Few satisfied the criteria for true comparability. Those sales that best approximated the subject in physical condition, market appeal and overall utility were selected for use in the comparative analysis. These sales are briefly described as follows:

---

[11]The Appraisal of Real Estate, Appraisal Institute, Thirteenth Edition, 2008

BASS & ASSOCIATES, INC.

## COMPARABLE NUMBER 1

| | |
|---|---|
| **PROPERTY TYPE:** | Office |
| **IDENTIFICATION:** | 40-22-08-177002 |
| **LOCATION:** | 19521 Cochran Blvd., Port Charlotte, Charlotte County |
| **GRANTOR:** | Arbor Oaks 1, LLC |
| **GRANTEE:** | Millennium Partners Building 2, LLC |
| **DATE OF SALE:** | October 14, 2008 |
| **RECORDED ORB:** | BK 3333 PG 35 |
| **SALES PRICE:** | $5,500,000 |
| **FINANCING:** | Conventional |
| **CASH EQUIVALENCY:** | Same as cash |
| **SITE SIZE:** | 131,115 SF |
| **BUILDING SIZE:** | 24,960 SF |
| **ZONING:** | CG; Commercial General |
| **PRICE/ SF:** | $220.36/SF |
| **SOURCE:** | Public Records of Charlotte County. |
| **REMARKS:** | This is a set of three medical lab and office buildings which function together as a single property. All were built in 2000 and are of high quality. The buyer is a medical company which subsequently occupied the entire property. The property has high visibility. |

BASS & ASSOCIATES, INC.

## COMPARABLE NUMBER 1





BASS & ASSOCIATES, INC.

## COMPARABLE NUMBER 2

| | |
|---|---|
| **PROPERTY TYPE:** | Professional Office |
| **IDENTIFICATION:** | 23-45-24-07-00000.0040 |
| **LOCATION:** | 7970 Summerlin Lakes Drive, Fort Myers, Lee County |
| **GRANTOR:** | Real Properties, LLC |
| **GRANTEE:** | Henry and Susan Buffalow, Trustees |
| **DATE OF SALE:** | August 22, 2008 |
| **RECORDED ORB:** | #2008 \ 226277 |
| **SALES PRICE:** | $3,600,000 |
| **FINANCING:** | Conventional |
| **CASH EQUIVALENCY:** | Same as cash |
| **SITE SIZE:** | 43,560 SF |
| **BUILDING SIZE:** | 15,855 SF |
| **ZONING:** | C1-A; Commercial |
| **PRICE/ SF:** | $227.06/SF |
| **SOURCE:** | Public Records of Lee County |
| **REMARKS:** | This property is a two-unit professional office with good construction quality and good visibility, located in urban Fort Myers. |
| | This property was sold by an owner/occupied to an out of state investor as part of a 1031 exchange. Lease information unavailable. |

BASS & ASSOCIATES, INC.

## COMPARABLE NUMBER 2





BASS & ASSOCIATES, INC.

## COMPARABLE NUMBER 3

| | |
|---|---|
| **PROPERTY TYPE:** | Multi-Tenant Office |
| **IDENTIFICATION:** | 28-43-26-13-00001.106B |
| **LOCATION:** | 14651 Palm Beach Blvd., Fort Myers, Lee County |
| **GRANTOR:** | Palm Beach Professional Park, LLC |
| **GRANTEE:** | Fereidoun Kermani, Tr., MP Defined Benefit Pension Plan and Trust |
| **DATE OF SALE:** | June 13, 2008 |
| **RECORDED ORB:** | Inst. # 2008 \ 166242 |
| **SALES PRICE:** | $2,800,000 |
| **FINANCING:** | Conventional |
| **CASH EQUIVALENCY:** | Same as cash |
| **SITE SIZE:** | Approx. 1 Acre * |
| **BUILDING SIZE:** | 16,045 SF |
| **ZONING:** | CC; Commercial Corridor |
| **PRICE/ SF:** | $174.51/SF |
| **SOURCE:** | Public Records of Lee County and Fred Kermani, rep for buyer (239) 659-4960. |
| **REMARKS:** | The property includes the eight condominium units which constitute the entire building. Associated parking is included, but excess land is not. |
| | The building was constructed in 2004 and 87% leased at sale, purchased as an investment. |

BASS & ASSOCIATES, INC.

## COMPARABLE NUMBER 3





BASS & ASSOCIATES, INC.

## COMPARABLE NUMBER 4

| | |
|---|---|
| **PROPERTY TYPE:** | Office |
| **IDENTIFICATION:** | 19-45-25-18-0000C.0000 |
| **LOCATION:** | 6810 International Center Blvd., Fort Myers, Lee County |
| **GRANTOR:** | SCC 1, LLC |
| **GRANTEE:** | Paudan Enterprises, LLC |
| **DATE OF SALE:** | March 31, 2008 |
| **RECORDED ORB:** | Inst. # 2008 \ 084615 |
| **SALES PRICE:** | $2,000,000 |
| **FINANCING:** | Conventional |
| **CASH EQUIVALENCY:** | Same as cash |
| **SITE SIZE:** | 47,916 SF |
| **BUILDING SIZE:** | 7,805 SF |
| **ZONING:** | MPD; Mixed Planned Development |
| **PRICE/ SF:** | $256.25/SF |
| **SOURCE:** | Public Records of Lee County. |
| **REMARKS:** | This is a high quality, single tenant building constructed in 2005. The sale was from one owner/occupied to another and was subsequently used as an accounting office. |

BASS & ASSOCIATES, INC.

## COMPARABLE NUMBER 4





**IMPROVED SALES COMPARABLES**
**COMMERCIAL PROPERTIES**
**FILE # 10-280**

| | SUBJECT | COMP 1 | COMP 2 | COMP 3 | COMP 4 |
|---|---|---|---|---|---|
| OR Book/Page | | BK 3333 PG 35 | 2008 \ 226277 | 2008 \ 166242 | 2008 \ 084615 |
| Date of Sale | | 14-Oct-08 | 22-Aug-08 | 13-Jun-08 | 31-Mar-08 |
| Location | Placida | Port Charlotte | Fort Myers | Fort Myers | Fort Myers |
| Use | Office | Office | Office | Office | Office |
| Zoning | CG | CG | CI-A | CC | MPD |
| Building Size - Net SF | 17,600 | 24,960 | 15,855 | 16,045 | 7,805 |
| Effective Sale Price | | $5,500,000 | $3,600,000 | $2,800,000 | $2,000,000 |
| Effective Price / Net SF | | $220.35 | $227.06 | $174.51 | $256.25 |
| **TERMS & CONDITIONS ADJUSTMENTS** | | | | | |
| Property Rights | | $0 | $0 | $0 | $0 |
| Financing | | $0 | $0 | $0 | $0 |
| Conditions of Sale | | $0 | $0 | $0 | $0 |
| Market Conditions | | 0.00% | 0.00% | 0.00% | 0.00% |
| Adjusted Price | | $5,500,000 | $3,600,000 | $2,800,000 | $2,000,000 |
| Adjusted Price Per Net SF | | $220.35 | $227.06 | $174.51 | $256.25 |
| **FEATURE ADJUSTMENTS** | | | | | |
| Location | | 0.00% | 0.00% | 0.00% | 0.00% |
| Size | | 0.00% | 0.00% | 0.00% | 0.00% |
| Parking / Site | | 0.00% | 0.00% | 0.00% | 0.00% |
| Age / Quality | | 0.00% | 0.00% | 0.00% | 0.00% |
| Zoning | | 0.00% | 0.00% | 0.00% | 0.00% |
| **Final Adjusted Price Per Net SF** | | $220.35 | $227.06 | $174.51 | $256.25 |

Mean Indication $219.54
Median Indication $223.70

BASS & ASSOCIATES, INC.

### ADJUSTMENTS

Adjustments are made to modify the comparables for dissimilarities with the subject. Aspects for adjustment typically include terms and conditions of the sale, including property rights, financing, conditions of sale, market conditions, and adjustments for property features, including, size, location, zoning and condition.

**Property Rights, Financing and Condition of Sale**
The subject is assumed to be a fee simple transfer of title, with typical financing, and an arm's length sale. The sales comparables all transferred under these conditions. Therefore, no adjustments of the comparables are deemed necessary for property rights conveyed, financing, or condition of sale.

**Market Conditions**
The subject is valued as of the date of value. The comparable properties all sold within one year of the date of value. During that time, the market for properties like the subject has been essentially stable. We have made no adjustments for changes in market conditions.

**Building Size**
The subject contains a total usable area of 17,600 SF, divided among three buildings and 14 units. The comparables range between 7,805 SF and 24,960 SF. Typically, larger properties trade for lower unit values. These comparables provide insufficient market data to derive a specific adjustment

**Location**
The subject is located along a minor commercial roadway in the Grove City area of Charlotte County. This is a good commercial location, but a secondary market area. All comparables are located on similar secondary roadways or with limited access and visibility.

**Zoning**
The subject is located in the CG; Commercial General zoning district of unincorporated Charlotte County. It is appropriately zoned for its intended use, which includes a wide variety of retail and office uses. The comparables are all similarly zoned. We have made no adjustments for differences in zoning.

**Age / Quality**
The subject building was constructed in 2008 and is assumed to be completed and in new, condition and of good quality. Interior units are assumed to have been completed, with the units in a vanilla shell condition. The comparables were built between 2000 and 2005 and all were in similar condition to the subject at sale and have not been adjusted.

BASS & ASSOCIATES, INC.

## IMPROVED PROPERTY VALUE INDICATION

The range of comparable sale prices is between $174.51 and $256.25 per usable square foot. The mean and median indications are $219.54 and $223.70 per square foot. The appraiser's task is to apply judgment and experience to estimate a value which reflects the subject's market value as of the date of value.

The subject is designed as a multi-tenant office property, to be divided among up to 14 units. It is also a multi-tenant property, intended primarily for income generation. Although most of the comparables are either single tenant or two-unit properties, all are similar to the subject in important respects. All of the sales are good comparisons for the subject.

The subject is most suitable for multi-tenant occupancy and leasing. The subject is assumed to have been at stabilized occupancy at the date of value. Market evidence at the date of value indicates good demand for new units, with inquiries and preliminary commitments for several of the subject units. All of the comparables were either purchased for owner occupancy or were at market occupancy at time of sale and are similar in this respect.

The subject building contains a total of 17,600 square feet of usable areas. All of the comparables have been considered on the same usable area basis. For the subject, we conclude toward the lower end of the value range, below the mean and median indications, primarily due to location, at $200 per square foot. Multiplying 17,600 square feet by $200 results in an estimated value of $3,520,000. The indicated value of the subject via the Sales Comparison Approach for the "as if" completed condition, as of October 31, 2008 is:

## THREE MILLION FIVE HUNDRED TWENTY THOUSAND DOLLARS
## $3,520,000

BASS & ASSOCIATES, INC.

# INCOME APPROACH

The Income Approach relies upon the principle of anticipation; the price a purchaser would pay today to receive a stream of future income.  The appraiser begins by conducting research and forming an opinion of the subject's potential for generating income, as compared to the market.  The conclusion of stabilized net operating income (NOI) is then "capitalized" into a value conclusion.  This represents the most likely price an investor would pay in order to receive the indicated income.  The subject property contains a total usable area of 17,600 SF, divided between three buildings and a total of 14 units.  Each unit contains either 1,250 SF or 1,260 SF, with good potential to combine units for larger spaces.  The property is assumed to be completed as of the date of value, with the units at stabilized occupancy.

## Subject Listings
As of the date of value the subject units were listed with net rent ranges of:

| Two-Story Building: | Year 1 | Years 2 & 3 |
|---|---|---|
| 1st Floor End Units: | $16 | $18 |
| 1st Floor Interior Units | $15 | $17 |
| 2nd Floor End Units: | $15 | $17 |
| 2nd Floor Interior Units | $13 | $15 |
| One-Story Buildings | $18 | $20 |

The lower rates represent a first year's income, escalating to the higher rates in year two. Higher prices were for the two single story buildings, which enjoy higher visibility and ease of access. Lower prices were for the back building, with the lowest for interior units on the second floor. Posted rates for the subject and the estimated potential gross income is based on a blended income rate of years one through three.

| Space Available | Rate | PGI |
|---|---|---|
| 3,780 SF | $14.33/SF | $ 54,167 |
| 2,520 SF | $16.33/SF | $ 41,152 |
| 6,300 SF | $17.33/SF | $109,179 |
| 5,000 SF | $19.33/SF | $ 96,650 |
| **Total** | | **$301,148** |

## Market Rental Rates
The subject is assumed to be at stabilized occupancy at market rates.  In order to estimate the retrospective  market for the subject, we have examined similar ground floor and second floor units throughout the Englewood and Grove City market area. The market rent comparables which follow are appropriate for the age and condition of the subject.  These comparables provide sufficient information to estimate the rent and terms for the subject as if it were available for lease at market rates as of the date of value.   The rental comparables are as follows.

BASS & ASSOCIATES, INC.

## RENT COMPARABLE 1



| | |
|---|---|
| **PROPERTY TYPE:** | Office |
| **IDENTIFICATION:** | 41-20-03-751001 |
| **LOCATION:** | 3144 South McCall Road, Englewood, Charlotte County |
| **GRANTOR:** | Gulfstream Center, LLC |
| **GRANTEE:** | Asking |
| **UNIT SIZE:** | 6,554 SF |
| **AGE/CONDITION OF BUILDING:** | 2007; New |
| **ZONING:** | CG; Commercial General |
| **RENT:** | $18.00/SF Net |
| **SOURCE:** | Loopnet Historic Listings |
| **REMARKS:** | This is a large unit within an eight-unit property. High quality with good visibility and access. |

BASS & ASSOCIATES, INC.

## RENT COMPARABLE 2



| | |
|---|---|
| **PROPERTY TYPE:** | Retail or Office |
| **IDENTIFICATION:** | 41-20-04-402015 |
| **LOCATION:** | 2930 South McCall Road, Englewood, Charlotte County |
| **GRANTOR:** | SITC, Inc. |
| **GRANTEE:** | Asking |
| **UNIT SIZE:** | 4,000 SF |
| **AGE/CONDITION OF BUILDING:** | 2008; Very Good |
| **ZONING:** | CG; Commercial General |
| **RENT:** | $15.00/SF Net |
| **SOURCE:** | Loopnet Historic Listings. |
| **REMARKS:** | This is a single retail unit which shares a building with a Trustco branch bank.  Subsequently leased to Club 24 Health Club for an unknown rate and terms. |

BASS & ASSOCIATES, INC.

## RENT COMPARABLE 3



| | |
|---|---|
| PROPERTY TYPE: | Office |
| IDENTIFICATION: | 41-20-02-457005 |
| LOCATION: | 3937 South Access Road, Englewood, Charlotte County |
| GRANTOR: | VDJ Holdings, LLC |
| GRANTEE: | Asking |
| UNIT SIZE: | 1,175 SF - 5,600 SF |
| AGE/CONDITION OF BUILDING: | 2008; Very Good |
| ZONING: | CGN; Commercial General |
| RENT: | $16.20/SF Net |
| SOURCE: | Loopnet Historic Listings |
| REMARKS: | One or all units within this new, three unit building. Good visibility but with indirect access. Located east of most development in the Englewood area. |

BASS & ASSOCIATES, INC.

**Market Rental Rate Indication**
Rent for this type of property may be in the form of either a "net" lease or "gross" lease. Under a net lease the tenant is responsible for most expenses, either directly or indirectly through a CAM charge. Under a gross lease most of these expenses are paid by the landlord. At the date of value, net leases were by far the more common in the subject market. The subject is new construction, without historical expenses to draw upon for making future estimates. For these reasons, we have elected to assess the subject on a net income basis.

**Potential Gross Income**
The subject buildings are new construction, with good visibility, adequate parking, a flexible layout and uniformly high quality. The comparables are all similar to the subject, though some are superior in visibility. Most of the comparables are in vanilla shell condition, the same as assumed for the subject. Placida Road is a secondary commercial roadway with limited attractiveness for retail. Grove City, however, is the largest commercial district for a considerable area to the north and, particularly, to the south of the subject. There is persistent demand for professional service offices and small, local serving retail businesses. The patten of increasing population in the area is also supportive of continuing demand for properties like the subject. In order for a secondary location to compete in the market, rental rates near the low end of the observed range would likely be necessary. The investigated comparables indicate net rates of $18/SF, 15/SF and $16.20/SF, respectively. In our opinion, these rates are supportive of the posted rates for the subject.

The estimated potential gross income for the subject is $301,148.

**Vacancy and Collection Losses**
As of the date of value, vacancy rates ranged from roughly 5% to 20% for this type of space. We estimate a stabilized vacancy and collection loss rate for the subject, as for this market generally, of 10%. Vacancy and collection losses of 10% equal $30,115, indicating an effective gross income of $271,033.

**Expenses**
The final step in estimating the subject's Net Operating Income requires consideration for, and deduction of, applicable expenses associated with the real estate from the Effective Gross Income. Below are the applicable calculations in arriving at the Net Operating Income.

BASS & ASSOCIATES, INC.

## PROPERTY PRO FORMA - STABILIZED

| | |
|---|---:|
| Potential Gross Income | $301,148 |
|     Less Vacancy and Collection Loss (10%) | $30,155 |
| Effective Gross Income | $271,033 |
| Expenses: | |
|     Management (5%) | $13,552 |
|     Real Estate Taxes | Passed Thru |
|     Insurance | Passed Thru |
|     Maintenance (1%) | $2,710 |
|     Utilities (Water, Sewer Common Elec. and Garbage) | Billed to Tenant |
|     Reserves For Replacement (1%) | $2,710 |
| Total Expenses | $18,972 |
|     Supplemental Income | $0 |
| Net Operating Income | **$252,061** |

Income and expense data imply competence in management practices. Demand for space of the nature being analyzed appears to be rising steadily. As noted, the expenses in this analysis are considered on a combination of a gross basis and a full service basis.

Reserves for replacement is an expense which is separate from typical maintenance expenses. This is an allowance that is set aside for the periodic replacement of "short lived" items which must be replaced during the building's economic life. This includes items such as the roof and air conditioning.

**Capitalization Rate**
The final step in the Income Approach is to "capitalize" the net operating income to an estimate of present worth or value of the property being analyzed. There are several methodologies which can be employed. When market data allows, a reliable overall capitalization rate can be extrapolated from sales activity from within the marketplace. In the case of the subject, insufficient information was available regarding the comparables to derive a reliable rate.

In order to support the selection of a capitalization rate, a "built-up" rate has been developed. As most properties are purchased with both debt and equity capital, this method for calculating an overall rate is a weighted average which must satisfy the market return requirements for both investment positions.

**Estimating the Capitalization Rate**
Direct Capitalization applies a market-derived rate reflecting investor risk assumptions. Net Operating Income is divided by this capitalization rate to arrive at a value indication.

BASS & ASSOCIATES, INC.

**Market Rates**
As an indicator of market expectations for rates applying to properties like the subject, we have examined market surveys of investors, brokers and other participants. Particularly relevant is the quarterly Bergstrom Survey, which specifically considered the subject market. The expected rate in the 4th quarter of 2008 is reported as 7.6%.

**Built-up Technique**
The technique used, known as the built-up technique, builds-up the capitalization rate for the subject. This is done by applying experience and judgement about investor behavior, and is developed from several factors: the basic rate, representing an investment that is safe and liquid, plus recognition of risk to the investor for undertaking an investment such as the subject property.

For a base rate (conservative rate plus moderate risk) for the subject, we utilized the Corporate AAA bond yield rate. The subject property is, however, riskier than a AAA bond, which represents a large blue-chip investment openly traded, versus a multi-tenant commercial property. This is also a less liquid holding for any investor.

A liquidity and risk premium has been added. This represents the difference between the ranges of investments which are viewed as liquid (such as Federal Funds and short-term treasuries) and those considered less liquid (such as long-term U.S. Treasuries and Corporate Bonds); and also a management premium.

| | |
|---|---|
| **Moody's AAA rate October 31, 2008:** | 6.39% - 6.39% |
| **Risk/Management/Liquidity** | 1.50% - 2.50% |
| **Capitalization Rate** | 7.89% - 8.89% |
| **Average Rate** | 8.39% |

The two approaches reflect somewhat different rates. Given the continued good interest in real estate investments in the Charlotte area, including secondary locations like the subject, a rate near the midpoint between these two rates has been applied. The capitalization rate applied to the subject is 8.00%.

## VALUE INDICATION

The final step in estimating a value via the Income Approach is the application of the rate to the estimated NOI. Dividing the NOI of $252,061 produces an estimated value for the subject of $3,150,752 is rounded to $3,150,000. The estimated value of the subject via the Income Approach, therefore, is

## THREE MILLION ONE HUNDRED FIFTY THOUSAND DOLLARS
## $3,150,000

BASS & ASSOCIATES, INC.

## CORRELATION AND CONCLUSION
### 2008, AS IF COMPLETE

Three approaches to value have been considered in analyzing the subject property. These resulted in the following indications of market value:

| | |
|---|---|
| Cost Approach | $3,530,000 |
| Sales Comparison Approach | $3,520,000 |
| Income Approach | $3,150,000 |

Historically, the Cost Approach has been considered most reliable in the appraisal of relatively new construction, particularly when the property is maximally improved to the site's highest and best use as if vacant. This approach is also highly reliable when appraising "special purpose" properties which do not lend themselves to analysis by either the Income or Sales Comparison Approaches. As the subject is new construction, this approach is applicable and has been used.

The Sales Comparison Approach is generally most reliable in active markets, when sufficient sales activity for comparable properties is available. This approach relies most directly upon understanding the actions of buyers and sellers in arriving at a value indication. The motivations of the buyers and sellers of properties of this nature do not differ significantly from those influencing the subject's market value. The properties utilized in this analysis were purchased for a mixture of investment and owner occupancy. The subject is suitable for use primarily as an income property. This approach is applicable to the subject and is a reliable indicator of value.

The Income Approach is generally most reliable in the analysis of "investment" properties, which are commonly leased at market rates. This analysis is based upon close examination of the income potential of the subject and examination of market norms and detailed data for several competitive properties. As the subject is suitable for use as an income producing property, the Income Approach is a relevant indicator of value.

Market analysis has indicated that properties similar to the subject are traded both on the basis of their current market value and their potential to generate income. The subject is designed as an income property and there is an active market for such properties, therefore and direct comparison a useful in analysis. Equal emphasis is afforded to all three approaches to value in correlating to a final opinion of value.

In our opinion, the property located at 2881 Placida Road has a market value on October 31, 2008 is concluded at $3,400,000.

## "AS IF COMPLETE" MARKET VALUE OPINION

## THREE MILLION FOUR HUNDRED THOUSAND DOLLARS
### $3,400,000

BASS & ASSOCIATES, INC.

# COSTS TO COMPLETE

The subject is first appraised "as if" complete and with stabilized occupancy at the date of value. In fact, the subject property was roughly 70% completed when construction was stopped. The "as is" value of the subject at that time is estimated to be equal to the "as if" value estimated at $3,400,000, less the remaining hard and soft construction costs, and the expenses associated with leasing of the property.

**Remaining Construction Costs**

Based on examination of the construction budget and the physical examination of the subject, the total remaining hard and soft costs to complete the subject as of the date of value was approximately $875,000. The largest components of this expense are itemized as follows:

| | |
|---|---|
| Roof | $ 30,000 |
| Plumbing | $ 23,000 |
| Electrical | $ 32,000 |
| HVAC Systems | $ 56,000 |
| Drywall | $ 55,000 |
| Stucco and Paint | $ 56,000 |
| Impact Fees | $144,000 |
| Elevator | $ 30,000 |
| Utilities and Infrastructure | $105,000 |
| Landscaping | $ 22,000 |

**Lease-Up Period and Expenses**

As noted earlier, the subject is appraised "as if" completed and at stabilized occupancy as of the date of value. Reaching stabilized occupancy requires an extended lease-up period. For the subject, we estimate a lease up period of one year, given adequate marketing and competitive rates. During this time the owner is responsible for the prorated share of all property expenses as well as leasing commissions. We estimate this cost to total to equal the following.

| | | |
|---|---|---|
| Property Expenses | 17,600 SF x $4/SF x ½ | $ 35,200 |
| Leasing Commissions | $301,148 x 4yrs x 5% | $ 60,230 |
| Other Marketing | | $ 10,000 |
| Total (rounded) | | $105,430 |

BASS & ASSOCIATES, INC.

Total remaining cost to complete the subject and achieve stabilized occupancy, therefore, was equal to $875,000, plus $105,430, or $980,340 rounded to $1,000,000.  Subtracting this amount from the AS IF COMPLETE value of $3,400,000 indicates an "as is" value of $2,400,000

## PRO RATA "AS IS" MARKET VALUE OPINION

## TWO MILLION FOUR HUNDRED THOUSAND DOLLARS
## $2,400,000

BASS & ASSOCIATES, INC.

# DISCOUNT FOR PROJECT INTERRUPTION
# AFTER REPUDIATION

The construction of the subject buildings was halted on the date of value by the withdrawal of financing.  The proceeding analysis demonstrated that the project was otherwise financially feasible at that time, with a market value of $2,400,000 for its then pro rata "as is" partially completed condition.  However, the abrupt cancellation of financing created a significant obstacle to completing the project.  The cancellation, described as a loan repudiation, resulted in significant economic diminution-in-value to the subject.

Prior to the repudiation, the subject project was in active pre completion leasing, had active building permits, positive inspections and a positive community image.  The repudiation immediately halted construction, which in turn undermined confidence in the project and the effort to lease space.

The financing climate at the time for projects like the subject was very difficult. This is indicated by the lack of comparable sale, by the failure of investment firms/ banks, by the failure of regional and local banks, and by the tightening of lending practices, which effectively dried-up.  This, combined with the blight caused by the repudiation of the loan, made it virtually impossible to secure new financing to continue construction.  As a direct result, the project has languished until the current date.  Since the repudiation there has been no further construction and minimal maintenance.  There has been serious physical deterioration, particularly of the main structure.  Building permits have expired, building materials have been rendered worthless by age, exposure to the elements, disuse and the property has become a public nuisance.

Projects like the subject, physically incomplete and effectively shut out of financing, are nonetheless eventually sold at substantial discounts, if not razed.  Resales of interrupted and incomplete projects generally reflect a significant discount from what would otherwise be the expected for an "as is" value of a project in development.  This is due to the several problems the buyer must solve, including understanding the project and what will be required to complete it, securing financing or providing for a cash purchase, overcoming project blight and securing new or modified building permits.

In order to estimate the market value of the subject on the date of value, "as is" but without project financing, we have examined several other commercial construction projects which were stopped with the improvements physically incomplete and eventually resold.  From these examples we have estimated a discount rate which applies to the subject at arrived at an "as is" value of a stalled project with no financing.  This essentially follows the Detrimental Conditions Model, the Market Resistance created by the repudiation. Effectively the repudiation has created:

1      A Stigmatized property
2.     Adverse Market Reaction to the property, negative market perception
3.     Uncertainty of Remediation Effectiveness, what will it take to obtain building permits
4.     Concern Over Third-Party Liability, having the property tied up in litigation potentially clouding the title.

BASS & ASSOCIATES, INC.

As set forth in the Detrimental Conditions model, Stigma has been defined as "a condition that detracts from the value of a property." Stigma is commonly measured as a percentage of the underdamaged value.

The projects examined all differ from the subject in an important way, as all were significantly closer to completion than the subject. This factor alone   will tend to underestimate the discount applied to such incomplete projects. All of the projects examined were of new construction of multi-tenant properties. All of the resales took place during 2010, which is representative of the delays experienced in project completion. The purpose and use of these comparable projects is to derive a percentage adjustment factor to apply to the subject. The comparable projects are summarized on the following pages.

However, it should be noted that the discount derived by these comparables is not the entire discount applicable to each property. Banks are reluctant to disclose the discount they apply when selling an individual loan. Generally, this discount can range from 20% to 60% or even higher. The process is one in which a loan or a bundle of loans are packaged and sent to disposition company, such as Mission Capital Advisors, LLC. Mission . Capital then solicits bids. Bids are presented to the bank to accept or reject.

Given the nature of this process, we conclude with an overall additional discount of 28%.

BASS & ASSOCIATES, INC.

## COMPARABLE NUMBER 1

| | |
|---|---|
| PROPERTY TYPE: | Multi-Tenant Office |
| IDENTIFICATION: | 22-29-18-3O4-000004-00008.0 |
| LOCATION: | 200 South MacDill, Tampa, Hillsborough County |
| GRANTOR: | 200 South MacDill, LLC |
| GRANTEE: | SoMac, LLC |
| DATE OF SALE: | April 13, 2010 |
| RECORDED ORB: | BK 19846 PG 0715 |
| SALE PRICE: | $700,000 * |
| FINANCING: | Conventional |
| CASH EQUIVALENCY: | Same as cash |
| SITE SIZE: | 29,808 SF |
| BUILDING SIZE: | 10,848 SF, net usable |
| ZONING: | CG; Commercial General |
| PRICE/SF: | $64.53/SF |
| SOURCE: | Public Records of Hillsborough Co. and Michael Myers, rep for buyer (727) 647-8870. |

REMARKS:

This is a four-unit office building. The property was acquired via a certificate of title following foreclosure. The buyer had previously purchased the outstanding loan from Mercantile Bank in March of 2010. The price of the loan purchase was not disclosed, but was reportedly below the $700,000 total price indicated in the Cert. Of Title.

The building was roughly 80% complete at sale. The buyers subsequently spent a total of $500,000 to finish the property and pay impact fees. All of the space was leased at a rate of $15/SF net to medical users.

## BASS & ASSOCIATES, INC.

The indicated discount due to the incomplete nature of the project was estimated as follows:

Stabilized Value

| | |
|---|---|
| PGI @$15/SF Net | $162,720 |
| EGI @ 90% | $146,448 |
| NOI | $146,448 |
| Cap. @ 8.0% | |
| Indicated Value ®) | $1,830,000 |

AS IS Value at Sale

| | |
|---|---|
| Stabilized Value | $1,830,000 |
| Less: Construction Cost | ($500,000) |
| Less: Leaseup Cost | ($170,000) |
| AS IS Value | $1,160,000 |

Indicated Discount

| | |
|---|---|
| AS IS Value | $1,160,000 |
| Purchase Price * | $700,000 |
| Indicated Discount | 40% |

* Estimated total price of purchase, including loan purchase, fees, back taxes, and other soft costs.