**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**PLACIDA PROFESSIONAL CENTER, LLC,**

    Plaintiff,

v.      Case No. 8:09-cv-2221-T-30MAP

**FEDERAL DEPOSIT INSURANCE CORPORATION,**

    Defendant.
_____/

**ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion in Limine to strike and/or exclude proposed testimony by Defendant's expert witness Chad Durrance (Dkt. 80). Upon reading the Motion, this Court determines that the principles and methods utilized by Mr. Durrance in deriving his estimated 20-30% discount rate raise serious concerns about the adequacy of Mr. Durrance's proposed testimony.[1] However, as this case will be tried in a bench trial, this Court is of the opinion that such potential problems with Mr. Durrance's damages opinion will be better addressed at trial. Accordingly, Plaintiff Placida Professional Center, LLC's Motion in Limine is hereby denied.

**DONE** and **ORDERED** in Tampa, Florida on November 2, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-2221.MIL.80.frm

---

[1] *See* Plaintiff's Motion in Limine, §II.