**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**PLACIDA PROFESSIONAL CENTER,
LLC, a Florida Limited Liability
Company,**

          **Plaintiff,**

vs.                               **CASE NO. 8:09-cv-02221-T-30MAP**

**FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for
Freedom Bank,**

          **Defendant.**
_____/

**NOTICE OF CROSS APPEAL**

NOTICE IS GIVEN that Plaintiff, **PLACIDA PROFESSIONAL CENTER, LLC** hereby files its notice of cross appeal to the United States Court of Appeals for the Eleventh Circuit from the Order entered by this Court on November 2, 2010 granting Defendant, **FEDERAL DEPOSIT INSURANCE CORPORATION'**s Motion to Dismiss Counts I and III of the Amended Complaint [Dkt. 28] and the Amended Order entered by this Court on October 18, 2011 granting Defendant, **FEDERAL DEPOSIT INSURANCE CORPORATION'**s Motion in Limine to Exclude Appraisal Testimony of Richard Bass, MAI relating to a "Class II" Discount [Dkt. 74].

          **THE EDWARDS LAW FIRM, PL
1901 Morrill Street
Sarasota, Florida 34236
Telephone: 941-363-0110
Facsimile: 941-952-9111
<sedwards@edwards-lawfirm.com>**

          **By:  /s/ Sheryl A. Edwards
Sheryl A. Edwards
Florida Bar No. 0057495
Counsel for Plaintiff**

**Certificate of Service**

    I HEREBY CERTIFY that on May 2, 2012, I electronically filed the foregoing Notice of Cross Appeal with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to: Michael H. Rosen, Attorney for Defendant, 201 E. Kennedy Blvd, Suite 600, Tampa, Florida 33602.

                               **THE EDWARDS LAW FIRM, PL**
                    **1901 Morrill Street**
                               **Sarasota, Florida 34236**
                               **Telephone: 941-363-0110**
                               **Facsimile: 941-952-9111**
                               sedwards@edwards-lawfirm.com

                               **By:  /s/ Sheryl A. Edwards**
                               **Sheryl A. Edwards**
                               **Florida Bar No. 0057495**
                               **Counsel for Plaintiff**