# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**PLACIDA PROFESSIONAL CENTER, LLC,**

    **Plaintiff,**

v.                                                     Case No.  8:09-cv-2221-T-30MAP

**FEDERAL DEPOSIT INSURANCE CORPORATION,**

    **Defendant.**

_____/

## ORDER

THIS CAUSE comes before the Court upon the status conference held on June 18, 2013.  Based on that oral argument, it is ORDERED AND ADJUDGED that:

1. Plaintiff may file an amended complaint to add the current holder of the Note and Mortgage as a party to this action.  If Plaintiff elects to do so, it shall file the amended complaint within fourteen (14) days of the date of this Order.

2. If Plaintiff fails to file an amended complaint within fourteen (14) days of the date of this Order, Defendant shall file an answer to the amended complaint (Dkt. 21) within thirty (30) days of the date of this Order.

3. Defendant's motion to file a motion to dismiss is denied. Defendant may raise those issues at the summary judgment stage.

**DONE** and **ORDERED** in Tampa, Florida on June 18, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-2221.orderstatusconference.frm