**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

PLACIDA PROFESSIONAL CENTER, LLC,

    Plaintiff,

v.                                                                                       Case No: 8:09-cv-2221-T-30MAP

FEDERAL DEPOSIT INSURANCE CORPORATION and CML-FL ENGLEWOOD, LLC,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Voluntary Dismissal (Dkt. #155). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of August, 2013.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-2221 dismiss 155.docx